JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYEDEHSAN HOSSEINI, | Case No. SACV 16-0336 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LORETTA LYNCH, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of June, 2016.

/s/
Fernando M. Olguin
United States District Judge